**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION**

ROBERT D. TREADWAY                                    PLAINTIFF


VERSUS                           CIVIL ACTION NO. 5:06cv192-DCB-JMR


UNITED STATES OF AMERICA                              DEFENDANT


<u>FINAL JUDGMENT</u>

This cause having come before the Court on the United States'
Motion to Dismiss [docket entry no. 13] and the Court having
granted a motion to dismiss as to the plaintiff's claim under the
Federal Tort Claims Act, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED
WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of October 2008.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE